# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HAROLD LEWIS | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00773 |
| | § | (Judge Mazzant/Judge Durrett) |
| DARRELL LEWIS, ET AL. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 22, 2025, the Magistrate Judge entered a Report (Dkt. #5) recommending that Plaintiff Harold Lewis's case be dismissed without prejudice. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this 17th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE